Civil Action No. 7:24-cv-00102

# Exhibit "A"

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| MARTIN GARCIA | § | |
| | § | |
| vs. | § | Civil Action No. 7:24-cv-00102 |
| | § | |
| HOME DEPOT U.S.A., INC. d/b/a | § | |
| HOME DEPOT | § | **JURY DEMANDED** |

**INDEX OF DOCUMENTS**

**EXHIBIT A:** Index of Documents (filed with Notice of Removal)

**EXHIBIT B:** State Court Action Documents (filed with Notice of Removal) –

| Tab No. | State Court Document | Date Filed |
|---|---|---|
| B-1 | State Court Civil Case Summary | N/A |
| B-2 | Plaintiff's Original Petition | 2/14/2024 |
| B-3 | Copy of Citation to Home Depot | 2/15/2024 |
| B-4 | Return of Service_Home Depot | 2/20/2024 |
| B-5 | The Special Exceptions and Original Answer of Defendant Home Depot USA, Inc. | 3/14/2023 |

**EXHIBIT C:** List of Parties & Counsel and Civil Cover Sheet (filed with Notice of Removal)