IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| MARTIN GARCIA | § | |
| | § | |
| vs. | § | Civil Action No. 7:24-cv-00102 |
| | § | |
| HOME DEPOT U.S.A., INC. d/b/a | § | |
| HOME DEPOT | § | **JURY DEMANDED** |

## MOTION TO DISMISS WITH PREJUDICE

**TO THE HONORABLE JUDGE OF SAID COURT:**

COMES NOW, **MARTIN GARCIA**, Plaintiff herein, and would show this Honorable Court that he does not desire to further pursue his causes of action against Defendant **HOME DEPOT U.S.A., INC. d/b/a HOME DEPOT** and hereby give notice to the Court and all parties that she desires that a DISMISSAL WITH PREJUDICE, be entered by the Court.

WHEREFORE, PREMISES CONSIDERED, Plaintiff **MARTIN GARCIA** prays that this Court enter a DISMISSAL WITH PREJUDICE against Defendant **HOME DEPOT U.S.A., INC. d/b/a HOME DEPOT.**

Respectfully submitted,

By: _____
Thaison D. Hua
SBN: 24097852
Richard J. Nava
SBN: 24083552
NAVA LAW GROUP, P.C.
4909 Bissonnet Street, Suite 100
Bellaire, Texas 77401
(713) 300-5075 Main
(832) 827-4178 Facsimile
*E-Service Email Only:*
eservice@rhhlawgroup.com
*General Correspondence Email:*
Thaison@rhhlawgroup.com
**AND**
Fidel L. Peña, III
State Bar No. 15736510
LAW OFFICE OF FIDEL L. PEÑA, III
505 Angelita Drive, Suite 15
Weslaco, Texas 78599
Telephone No.: 956-702-3939
Telecopier No.: 956-686-7959
E-mail: fpena@fpenalaw.com

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document was served upon the following counsel of record in compliance with Rule 5 of the Federal Rules of Civil Procedure on this the 3rd day of  July , 2024, as follows:

**VIA E-SERVICE**
Karen M. Alvarado
10333 Richmond, Suite 900
Houston, Texas 77042

By: _____
Thaison D. Hua

3.